February 2, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

B.Z.B., INC. AND C. MICHAEL ORR, Appellants

NO. 14-11-00056-CV                    V.

DONAL S. CLARK, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, DONAL S. CLARK, signed December 20, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellants, B.Z.B., INC. AND C. MICHAEL ORR, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.